IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY JEKOWSKY,

    Plaintiff,

No. C 13-02158 JSW

v.

BMW OF NORTH AMERICA, LLC,

**ORDER VACATING HEARING**

    Defendant.

_____/

This matter is set for a hearing on November 15, 2013 on Defendant's motion to dismiss. The briefing on this motion is now complete. The Court has reviewed and considered the motion, and it finds it suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing scheduled for November 15, 2013. The motion is deemed submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: November 14, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE