UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY JEKOWSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | CASE NO. CV-13-2158-JSW<br><br>[PROPOSED] ORDER CONTINUING DEADLINE TO PARTICIPATE IN PRIVATE MEDIATION TO JUNE 13, 2014<br><br>Trial Date:  None Set |

Then Court has received and reviewed the Stipulation of Plaintiff Barry Jekowsky ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA") To Continue The Private Mediation Deadline To June 13, 2014 ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, the Court hereby ORDERS that the deadline for the parties to participate in a private mediation is hereby continued from March 14, 2014 to June 13, 2014. All other case scheduling deadlines as set forth in the Court's August 9, 2013 Civil Minute Order (Docket No. 20) remain unchanged.

**IT IS SO ORDERED.**

Dated: February 25, 2014

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
United States District Court Judge