UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY JEKOWSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, et al.<br><br>Defendants. | CASE NO. CV-13-2158-VC<br><br>Hon. Vince Chhabria<br><br>[~~PROPOSED~~] ORDER ON JOINT REQUEST FOR 45-DAY STAY OF CASE AS TO ALL PARTIES TO ACCOMMODATE SETTLEMENT DISCUSSIONS AS MODIFIED |

The Court has received and reviewed the Joint Request for 45-Day Stay of Case As to All Parties To Accommodate Settlement Discussions ("Stipulation") filed by Plaintiff Barry Jekowsky ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA").  Based on the Stipulation and GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

(1)  The above-referenced action is temporarily stayed as to all parties, including defendant Bayerische Motoren Werke AG ("BMW AG") for forty-five (45) days, up to and including August 18, 2014 to accommodate settlement discussions among the parties.  This stay order shall apply to all aspects of the case, including the July 11, 2014 response deadline for BMW AG's responsive pleading to the TAC. If the stay is lifted or the case otherwise proceeds without resolution on August 18, 2014, BMW AG will have 14 days to file a responsive pleading to the TAC.

(2)  The parties are ordered to file a joint status report, on or before August 18, 2014, as to the status of their settlement negotiations. The Court will evaluate whether a further stay, beyond the August 18, 2014 deadline, is necessary or appropriate at that time.

(3)  A Further Case Management Conference is scheduled for August 26, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 3, 2014                                 _____

                                                                Hon. Vince Chhabria

                                                                United States District Court Judge