UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY JEKOWSKY,

          Plaintiff,

    v.

BMW OF NORTH AMERICA, LLC, et al.,

          Defendants.

Case No. 13-cv-02158-VC

**ORDER RE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Re: Dkt. No. 65

      The parties should come to the hearing prepared to adopt a more compressed schedule for administration of the settlement (or to explain why a more compressed schedule is not feasible). The parties should also be prepared to add a "good cause" exception to the provision that objectors waive the right to object or to be heard at the hearing on final approval if they do not comply with the terms set forth in the Notice of Proposed Settlement.

      **IT IS SO ORDERED.**

Dated: March 11, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California