CHAVEZ & GERTLER LLP
MARK A. CHAVEZ        Bar No. 090858
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
NANCY BARRON         Bar No. 099278
ELLIOT CONN          Bar No. 279920
445 Bush St., 6th Floor
San Francisco, CA 94108
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

Attorneys for Plaintiff Barry Jekowsky and the proposed class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY JEKOWSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AG<br><br>Defendants. | **Case No. 3:13-cv-02158-VC**<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER AMENDING SUMMARY OF APPLICABLE DATES IN ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Unlimited Civil Case<br><br>**Dept.: Courtroom 4, 17th Floor**<br>**Hon. Vince Chhabria** |

4821-7131-4724.1

1

[Proposed] Order Amending Summary of Applicable Dates in Preliminary Approval Order of Class Action Settlement

The Court has received and reviewed the Stipulation For Entry Of Order Amending Summary Of Applicable Dates In Order Granting Motion For Preliminary Approval Of Class Action Settlement ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, the Summary of Applicable Dates in the ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT ("Order") is amended and superseded by the following new Summary of Applicable Dates:

**Summary of Applicable Dates**

| | | |
|---|---|---|
| 1. | Preliminary Order Approved by the Court | March 24, 2015 |
| 2. | Class Notice to be sent by Claims Administrator (Settlement Agreement and Release §IV-A) (Preliminary Approval Order +75D) | June 8, 2015 |
| 3. | Motion for Attorneys' Fees and Costs filed by Class Counsel (Deadline for exclusions/objections -10D) | July 13, 2015 |
| 4. | Exclusion from the Settlement Class postmarked by (Settlement Agreement and Release §VI-A) (Mailing of Class Notice +45D) | July 23, 2015 |
| 5. | Objection to the Settlement postmarked by (Settlement Agreement and Release §I-28) (Mailing of Class Notice +45D) | July 23, 2015 |
| 6. | Follow-up Post Card Reminder to class members to submit claim form (Settlement Agreement and Release §I-29) | July 27, 2015 |
| 7. | Deadline to submit claim forms (Settlement Agreement and Release §III-A) (Mailing of Class Notice +90D) | September 8, 2015 |
| 8. | Claims administrator provide BMW a list of all conditionally approved Claims (Settlement Agreement and Release §V-C) (Claim deadline +14D) | September 18, 2015 |
| 9. | Claims Administrator's Compliance Declaration (Settlement Agreement and Release §V-H) (Deadline to file final approval motion -10D) | September 18, 2015 |
| 10. | Motion for Final Approval and Response to Any Objection filed by (USDC-ND Cal Local Rule 7-2) (Hearing -35D) | October 5, 2015 |
| 11. | Reply to Objection | October 19, 2015 |
| 12. | Final Approval hearing | October 29, 2015 |
| 13. | Effective Date (Settlement Agreement and Release §I-19) (Final Approval Order +31D) | November 30, 2015 |

4821-7131-4724.1

| | 14. | Payment of all approved claims by Claims Administrator<br>(Settlement Agreement and Release §V-I)<br>(Effective Date +10D) | December 10, 2015 |
|---|---|---|---|
| | 15. | Checks expire<br>(Settlement Agreement and Release §V-H)<br>(Issuance +90D) | March 10, 2016 |
| | 16. | Compliance Hearing | TBA (July 2016) |

**SO ORDERED**

Dated: May 26, 2015

_____
Hon. Vince Chhabria

4821-7131-4724.1
3

[Proposed] Order Amending Summary of Applicable Dates in Preliminary Approval Order of Class Action Settlement