1  CHAVEZ & GERTLER LLP
   Mark A. Chavez (Bar No. 90858)
2  42 Miller Avenue
   Mill Valley, California 94941
3  Tel:   (415) 381-5599
   Fax:   (415) 381-5572
4
   KEMNITZER, BARRON, & KRIEG, LLP
5  Bryan Kemnitzer (Bar No. 66401)
   445 Bush St., 6th Floor
6  San Francisco, CA 94108
   Telephone: (415) 632-1900
7
   *Attorneys for Plaintiff Barry Jekowsky*
8  *and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY JEKOWSKY, individually and on behalf of all others similarly situated, | Case No: 3:13-CV-02158-VC |
| Plaintiff. | **CLASS ACTION** |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LATE MOTION FOR ATTORNEYS' FEES** |
| BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AG | |
| Defendants. | Unlimited Civil Case |
| | **Dept.: Courtroom 4, 17th Floor** |
| | **Hon. Vince Chhabria** |

The Court, having reviewed Plaintiff's Motion for Leave to File Late Motion for Attorneys' Fees filed pursuant to Local Rule 7-11, hereby finds that Class Counsel's failure to file their Motion for Attorneys' Fees within the deadline set forth in the Court's March 15, 2016 Order Granting Motion for Preliminary Approval of the class action settlement herein was excusable, and that the relief requested will not prejudice any party or unduly delay these proceedings. The Court further finds that the proposed Supplemental Notice Plan will provide the Class Members with reasonable notice of Class Counsel's request for costs and attorneys' fees, and afford them a reasonable opportunity to object thereto. The Court therefore GRANTS the motion and ORDERS as follows.

1. The proposed Supplemental Notice attached hereto is approved.

2. The parties shall abide by the following schedule:

| | |
|---|---|
| Fee Motion filed: | August 19, 2016 |
| Supplemental Notice mailed: | August 26, 2016 |
| BMW Fee Motion Opposition due: | October 3, 2016 |
| Plaintiff's Fee Motion Reply due: | October 12, 2016 |
| Objections postmarked by: | September 23, 2016 |
| Reply to objections due: | October 12, 2016 |
| Final Approval hearing: | November 10, 2016 |

3. Class Counsel shall reimburse the Class Administrator for all fees and costs associated with the giving of the Supplemental Notice and shall bear those expenses.

SO ORDERED.

Dated: August 18, 2016

Hon. Vince Chhabria